# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

**JS-6**

| | |
|---|---|
| Case No. | CV 24-4258-CBM-AS |
| Date | December 16, 2024 |

| | |
|---|---|
| Title | *Davis v. Render et al.* |

**Present: The Honorable** CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER DISMISSING DEFENDANTS PAUL "DJ PAUL" DUANE BEAUREGARD AND FRANKLIN "TWHY" RAGSDALE**

On May 21, 2024, Plaintiff filed the Complaint naming various defendants, including Defendants Paul "DJ Paul" Duane Beauregard and Franklin "TWhy" Ragsdale. (Dkt. No. 1.) On October 29, 2024, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution notifying Plaintiff "[a]bsent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed." (Dkt. No. 18.) The Court ordered Plaintiff to show cause in writing no later than December 12, 2024 why this action should not be dismissed for lack of prosecution. (Dkt. No. 18.) Plaintiff did not file a response to the Order to Show Cause, and no proof of service has been filed as to Defendants Paul "DJ Paul" Duane Beauregard and Franklin "TWhy" Ragsdale.

Accordingly, the Court dismisses the action <u>without prejudice</u> as to Defendants Paul "DJ Paul" Duane Beauregard and Franklin "TWhy" Ragsdale pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

00 :

| CV-90 (12/02) | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk VV |
|---|---|---|